PD-0533&0534-16  14-14-00920-CR
14-14-00921-CR

TO THE COURT OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 12 2016

No. Fourteenth
[court of appeals number]

Leonard Storemski
[name]

Abel Acosta, Clerk

Trial Court Case Number: 1361696 & 1361698

From Trial Court Number: 263

Harris County, Texas

VS.

FILED IN
COURT OF CRIMINAL APPEALS

MAY 13 2016

THE STATE OF TEXAS

Abel Acosta, Clerk

---

## PRO SE APPELLANT'S MOTION TO EXTEND TIME TO FILE PDR

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

I.

The court of appeals issued its decision on March 29, 2016

The PDR in this case is due 30 days later on April 27, 2016

II.

In compliance with Texas Rule of Appellate Procedure 68.2(c), this motion for extension is timely filed within 15 days after the original due date for the PDR. Appellant requests this extension because he needs time to file a pro se PDR.

## III.

Appellant requests an extension of at least 60 days, which is necessary so that the PDR can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

Respectfully submitted,

_Leonard Storemski_
[signature]

_Leonard Storemski_
[print name]

1964393

McConnell Unit

3001 S. Emily Dr.

Beeville, TX 78102

[address]

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above has been sent to the Harris County District Attorney's Office by mail to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin, 6th Floor
Houston, TX 77002

_Leonard Storemski_